CAUSE NO. 05-15-00554-CV

FILED IN
5TH COURT OF APPEALS

| IN THE INTEREST OF | § | IN THE COURT OF APPEALS |
| | § | |
| J.A.C. AND Z.C.C., | § | FOR THE FIFTH DISTRICT |
| | § | |
| CHILDREN | § | AT DALLAS, TEXAS |

## EMERGENCY MOTION TO OPPOSE EXTENSION OF DEADLINE FOR ENTRY OF FINDINGS OF FACT AND CONCLUSIONS OF LAW BY TRIAL COURT

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES NATHAN CRAMER, pro se respondent, and files this *Emergency Motion to OPPOSE Extension of Deadline for Entry of Findings of Fact and Conclusions of Law by Trial Court.*

NATHAN CRAMER was served with an *Unopposed Motion to Extend Deadline for Entry of Findings of Fact and Conclusions of Law by Trial Court* via email on June 24, 2015 at 6 PM.

NATHAN CRAMER has had *no* correspondence or conferences with Michelle O'Neil in reference to this matter prior to her email service of said motion that was received on June 24, 2015 and vigorously opposes said motion.

The Court should **deny** this *Unopposed Motion to Extend Deadline for Entry of Findings of Fact and Conclusions of Law by Trial Court* as it brings continued unnecessary and extreme hardship on the Appellants, Z.C.C. and J.A.C., mentally and physically. This extreme hardship comes from knowing that their biological father, Respondent Eldon Wayne Massey, does not want them and adamantly refuses to even sustain them with the minimum physical requirements to survive of food, shelter, clothes and medical insurance even though, as a millionaire, he has the means to care for his children's, Jacob and Zachary, basic needs.

The First Request for Findings of Facts and Conclusions of Law by the Trial Court was filed on April 27, 2015. This request was blatantly ignored. The Second Request for Findings of Facts and Conclusions of Law by the Trial Court was also blatantly ignored. Michelle O'Neil, Attorney for Respondent Eldon Wayne Massey, has had *more than enough* time, after *two months* and *two requests*, to produce these.

## FACTS:

NATHAN CRAMER was *excluded* and *is not* the Petitioner's biological father, which was determined by DNA genetic testing on May 8, **2014**.

2015 JUN 25 AM 11: 01
LISA MATZ, CLERK
FILED IN
5TH COURT OF APPEALS

ELDON WAYNE MASSEY, respondent, was *included* and *is* the Petitioner's biological father, which was determined by DNA genetic testing in March of **2013**.

ELDON WAYNE MASSEY, respondent, **has known** he was the biological father and has been **actively involved** in decision making for Petitioner's, Z.C.C. and J.A.C, since their birth. ELDON WAYNE MASSEY continues relentlessly to try to evade his responsibility and duty to care for his biological children, Petitioner's Z.C.C. and J.A.C., by using his wealth to file frivolous and meaningless motions in efforts to deploy stall tactics in this case. ELDON WAYNE MASSEY is **no stranger** to Jacob and Zachary. They have known him their entire life.

NATHAN CRAMER prays this Court will grant this *Emergency Motion to OPPOSE Extension of Deadline for Entry of Findings of Fact and Conclusions of Law by Trial Court* and that this Court shall adjudicate **Eldon Wayne Massey** the biological father of J.A.C. and Z.C.C.

NATHAN CRAMER prays this Court will please stop the circus of litigation, unnecessary delays and diversions being attempted by Respondent ELDON WAYNE MASSEY in efforts to negate his responsibility as to what a biological father should pay for his children. My sincere and heartfelt belief is that this **is in the children's best interest.**

Respectfully Submitted,

NATHAN PAUL CRAMER
8910 Southwestern Boulevard #1116
Dallas, Texas 75214

By: *Nathan Paul Cramer*
Nathan Paul Cramer,
Pro se Respondent

**Certificate of Service**

I certify that a true copy of the above was served on each attorney of record or party under the Texas Rules of Civil Procedure on June 25, 2015.

*Nathan Paul Cramer*
Nathan Paul Cramer, Pro se Respondent